Order issued October 3 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00663-CV

## IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

# ORDER

The Court has before it court reporter Donna Kindle's September 26, 2012 motion for reconsideration of order granting appellant's motion to challenge order sustaining contest. The Court **DENIES** the motion. *See* TEX. R. APP. P. 20.1(j).


ELIZABETH LANG-MIERS
JUSTICE